# E-filing

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name Richardson _____ Wayne _____ Keith _____
     (Last)                    (First)                 (Initial)

Prisoner Number V98950 _____

Institutional Address  On Parole My Address is 3212 Mission, Santa Cruz, CA 95065

---

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WAYNE Keith Richardson
_____
Full Name of Petitioner

Case No.(To be provided by the
clerk of court) **MMC (PR)**

vs.

CDC Division of Adult Parole
_____
Name of Respondent
(Warden or jailor)

PETITION FOR A WRIT OF HABEAS CORPUS

---

Read Comments Carefully Before Filling In

**When and Where to File**

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?
4years sentence and 3 years parole

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Superior Court                                    County of Santa Clara
        Court                                              Location

(b) Case number, if known CC303637

(c) Date and terms of sentence september 16 2005 4 YEARS

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No

Where? CDC adult parole                    8030 soquel ave ste102 santa cruz ca
        (Name of Institution)                          (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)
California corporation code # 25401

3. Did you have any of the following?

Arraignment: Yes ✓ No __ Preliminary Hearing: Yes ✓ No __ Motion to Suppress: Yes ✓ No __

3

4.    How did you plead?

Guilty _____    Not Guilty _____    Nolo Contendere __✓__

Any other plea (specify) _____

5.    If you went to trial, what kind of trial did you have?

Jury _____    Judge alone __✓__    Judge alone on a transcript _____

6.    Did you testify at your trial?  Yes __  No ✓

7.    Did you have an attorney at the following proceedings:

(a)    Arraignment  Yes ✓           No __
(b)    Preliminary hearing          Yes ✓.        No .
(c)    Time of plea  Yes ✓          No .
(d)    Trial  Yes ✓        No __
(e)    Sentencing  Yes ✓          No __
(f)    Appeal          Yes ✓        No
(g)    Other post-conviction proceeding    Yes ✓          No __

8.    Did you appeal your conviction?  Yes ✓  No __

(a)    If you did, to what court(s) did you appeal?

| | | | | |
|---|---|---|---|---|
| Court of Appeal | Yes ✓ | No __ | 2006 denied | |
| | | | (Year) | (Result) |
| Supreme Court of California | Yes ✓ | No __ | 2006 denied | |
| | | | (Year) | (Result) |
| Any other court | Yes __ | No ✓. | | |
| | | | (Year) | (Result) |

(b)    If you appealed, were the grounds the same as those that you are raising in this
petition?                Yes ✓  No __

(c)    Was there an opinion?        Yes ✓  No .

(d)    Did you seek permission to file a late appeal under Rule 31(a)?
                Yes ✓        No .

4

If you did, give the name of the court and the result:

Court Of Appeal Sixth District

    9.    Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes    No ✓

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

      (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court **California Supreme Court**

    Type of Proceeding **Petition for Review**

    Grounds raised (Be brief but specific):

    a.   **To determine if an individual retains a legitimate reasonable expectation of**

    b.   **privacy of confidential business information, given to the government**

    c.   **stolen by an anonymous source.**

    d.

    Result **Denied**    Date of Result **2/7/2007**

II.    Name of Court

    Type of Proceeding

    Grounds raised (Be brief but specific):

    a.

    b.

    c.

    d.

    Result    Date of Result

III.    Name of Court

6

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____  Date of Result _____

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any

court?   Yes __ No ✓

_____

(Name and location of court)

## B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully.  Give facts to support each claim.  For example, what legal right or privilege were you denied?  What happened?  Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you need more space.  Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition.  Subsequent petitions may be dismissed without review on the merits.  28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: Warrentless search of confidential information from my computer _____

7

violated my fourth amendment rights of warrentless search and seizure.

Supporting Facts: In 2001 an agent with the Department of Corporations said he

received a disk of confidential information from a anonymous person. The agent then

searched the disk, using the contents as evidence. Agent name Sean Rooney.

Claim Two: _____

Supporting Facts: _____

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which

grounds were not presented and why:

8

List, by name and citation only, any cases that you think are close factually to yours so that they

are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of

these cases:

Walter v. United States (1980) 447 U.S.649

Wong Sun v. United States (1963) 371 U.S.471, 484.)

Do you have an attorney for this petition?    Yes __ No ✓

If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be

entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on ___4/28/08___    _____
                Date              Signature of Petitioner

( rev. 5/96)

9