IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE KEITH RICHARDSON,

        Petitioner,

  v.

CDC DIVISION OF ADULT PAROLE,

        Respondent.
                                    /

No. CV-08-2269 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** that petitioner was provided an opportunity for full and fair ligation of his Fourth Amendment claim in state court; accordingly, review of that claim is not available herein, and the instant petition is hereby DISMISSED.

Dated: May 12, 2008                                    Richard W. Wieking, Clerk

                                                                           By: Tracy Lucero
                                                                           Deputy Clerk